ALEXANDER GOTTDIENER v. ALFRED J. LUCIANO.

March 9, 1981.

Cross-petition for certification denied.

ADONIS CARPENTRY CONTRACTING, INC.
v. MUSKINGUM CORPORATION.

March 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT LOCKETT.

March 9, 1981.

Petition for certification denied.

BARBARA LAUDANO v. RONALD L. CHATTMAN.

March 9, 1981.

Petition for certification denied.